**Order entered October 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00163-CR

**JOSE ANTONIO PEREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-71985-U**

## ORDER

The Court **GRANTS** appellant's second motion to extend time to file his brief.

We **ORDER** appellant to file his brief within **THIRTY (30) DAYS** from the date of this order.

/s/    ADA BROWN
        JUSTICE